IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WARREN JOHNSON**                                                                PLAINTIFF

V.                                  No. 4:13-cv-686-DPM-BD

**TIM HELDER, Sheriff,**
**Washington County Sheriff's Department**                      DEFENDANT

ORDER

Everything that Johnson alleges happened in Fayetteville. The Court therefore transfers this case to the Western District of Arkansas because venue there is proper. 28 U.S.C. § 1406(a). The transfer should be immediate because Johnson's appeal rights are not affected. *In re Nine Mile Limited*, 673 F.2d 242, 244 (8th Cir. 1982).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2013